UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIE T. DONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 2:17-cv-00032-JVB-PRC |
| | ) |
| BRUCE OUTLAW, CARLA K PYLE, | ) |
| THE CITY OF GARY, et al. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for the Non-Party Lake County Prosecutor's Office.

Respectfully submitted,

CURTIS T. HILL, JR.
Indiana Attorney General
Attorney No. 13999-20

Date: July 12, 2019        By:   Christopher M. Anderson
Deputy Attorney General
Attorney No. 31870-49
OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone: (317) 233-8647
Fax: (317) 232-7979
E-Mail: Christopher.Anderson@atg.in.gov