UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIE DONALD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRUCE OUTLAW, *et al.*, )<br>)<br>Defendants. ) | NO. 2:17-CV-32-PPS |

## ORDER

Plaintiff, Willie Donald, filed an unopposed motion to reset the trial date in this case. [DE 392.] Upon due consideration, the Motion [DE 392] is GRANTED.

I held a telephonic hearing on this matter on January 31, 2025. By agreement of the parties, this case is now RE-SET for a two-week jury trial beginning on Monday November 10, 2025. The previous setting of February 24, 2025 is HEREBY VACATED. SO ORDERED.

ENTERED: February 3, 2025.  /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT