UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIE T. DONALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:17-CV-32-PPS |
| | ) |
| BRUCE OUTLAW, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have notified the Court that they have reached a settlement to resolve the claims in this matter.

Accordingly, the parties are ORDERED to file a notice or stipulation of dismissal on or before **November 27, 2025.** Additionally, all deadlines and proceedings (including the telephone conference currently set for November 6, 2025 at 11:00 a.m. and the jury trial currently set to begin on November 10, 2025), are HEREBY VACATED.

SO ORDERED.

ENTERED: October 30, 2025.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**